AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

May 21, 2024
SEAN F. McAVOY, CLERK

Nathanial James Hasher

*Plaintiff*

v.

CITY OF ROCHESTER, a Minnesota municipal entity; OFFICER EDWARD FRITZ, Badge No. 187, personally, individually, and in his capacity as a Rochester Police Officer; OFFICER FAUDSKAR, personally, individually, and in his capacity as a Rochester Police; Officers JANE DOE and RICHARD ROE, unknown and unnamed Rochester Police officers, personally, individually, and in their capacities as Rochester Police Officers; and CHIEF OF POLICE ROGER PETERSON, personally, individually, and in his official capacity

*Defendant*

Civil Action No.  2:24-CV-0170-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice. Judgment of Dismissal is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Thomas O. Rice.

Date: 5/21/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony

*(By) Deputy Clerk*

Brian Molony